Kristy L. Peters, Bar No. 024756
kpeters@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016
Telephone:    602.474.3600
Fax No.:    602.957.1801

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Megan Garcia, | Case No. |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 (DIVERSITY)** |
| v. | |
| Target Corporation, | |
| Defendant. | (Removed from Maricopa County Superior Court Case No. CV2024-019420) |

**TO:    CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Target Corporation ("Target" or "Defendant") hereby removes the above-entitled action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona.  Defendant makes the removal because this Court has original jurisdiction under 28 U.S.C. § 1332 and the action is removable under 28 U.S.C. §§ 1441, 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendant state the following:

1.    On July 23, 2024, Plaintiff Megan Garcia ("Plaintiff") filed an Original Complaint ("Complaint") in the Superior Court of Arizona, County of Maricopa, styled *Megan Garcia v. Target Corporation*, Case No. CV2024-019420 (the "State Court

LITTLER
MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ 85016
602.474.3600

DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION

Action"). Plaintiff's Complaint asserts claims for wrongful termination under the Arizona Employment Protection Act. A true and correct copy of Plaintiff's Original Complaint is attached to this Notice of Removal as **Exhibit 1**.

2.      On July 29, 2024, Plaintiff served a copy of the state court Complaint, Summons, and Civil Cover Sheet on Defendant by process server. True and complete copies of all process, pleadings, and orders in the State Court Action received by Defendant are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached hereto as **Exhibit 2.**

3.      Accordingly, Defendant has filed this Notice of Removal within 30 days of the filing of the Complaint and receipt by Defendant of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b). Specifically, each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons to file the notice of removal. 28 U.S.C. § 1446(b)(2)(B).

4.      This Court has original jurisdiction over the action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      Specifically, Plaintiff is now, and at the time she commenced this action, a citizen of Maricopa County within the state of Arizona. (*See* Plaintiff's Complaint, ¶ 1).

6.      Defendant is not, and was not at the time this action commenced, a citizen of the state of Arizona.

7.      Pursuant to 28 U.S.C. § 1332(c)(1), Target is a citizen in the state where it is incorporated and in the state where it has its principal place of business. Target is a corporation formed under the laws of Minnesota and headquartered in Minneapolis, Minnesota. Accordingly, Target is a citizen of Minnesota.

8.      Accordingly, there is complete diversity of citizenship between the parties.

9.      As to the amount in controversy requirement, Defendant needs only to establish that the amount in controversy exceed $75,000 by a preponderance of the evidence; that is, more likely than not that the amount in controversy exceeds $75,000.00.

LITTLER
MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016
602.474.3600

2

DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION

*See Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

10.     In her Complaint, Plaintiff alleges she is entitled to damages that "exceed $50,000.00, plus punitive damages." (Complaint, ¶ 3). On April 29, 2024, shortly prior to filing her Complaint, Plaintiff sent a demand letter to Target requesting 24 months of salary plus 12 months of COBRA benefits. The salary demand alone exceeded $175,000. Accordingly, it is clear Plaintiff is seeking more than $75,000.00 in this lawsuit.

11.     Based on the foregoing, this Action is properly removed to this Court as there is complete diversity and the amount in controversy requirement is satisfied.

12.     Venue of this Action exists in this District pursuant to 28 U.S.C. § 1441(a) because the Maricopa County Superior Court is located within this District.

13.     Based on the foregoing this Action is properly removed to this Court.

14.     Defendant has given written notice of this removal to all adverse parties, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to Adverse Party of Removal of Civil Action to Federal Court filed in the Maricopa County Superior Court, State of Arizona, is attached as **Exhibit 3**.

15.     Defendant filed a Notice to State Court of Removal of Civil Action to Federal Court in the Maricopa County Superior Court, State of Arizona, and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to State Court of Removal of Civil Action to Federal Court is attached as **Exhibit 4**.

Dated: August 19, 2024                    Respectfully submitted,

                                          */s/ Kristy L. Peters*
                                          Kristy L. Peters
                                          LITTLER MENDELSON, P.C.

                                          Attorneys for Defendant
                                          Target Corporation

LITTLER
MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016
602.474.3600

3                    DEFENDANT'S NOTICE OF REMOVAL OF
CIVIL ACTION

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and e-mail and U.S. Mail to the following if non-registrants this 19th day of August, 2024:

Elizabeth D. Tate
2953 N. 48th Street
Phoenix, AZ  85018
attorneyelizabethtate@yahoo.com

*Attorneys for Plaintiff*


*/s/ Aurea Bishop*
4881-9449-5444.1 / 052067-1849

LITTLER
MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ  85016
602.474.3600

4                    DEFENDANT'S NOTICE OF REMOVAL OF
                                CIVIL ACTION